1  David E. Chavez
   Nevada Bar No. 15192
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   chavezd@ballardspahr.com
5

6  *Attorneys for Defendant*
   *Prog Leasing, LLC*
7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10 Shirley Celcis,                           Case No.   2:22-cv-00011-JCM-NJK

11              Plaintiff,                   **Stipulation and Order to Extend Time for Prog Leasing, LLC to Respond to Plaintiff's Complaint**

12 v.

13 Prog Leasing, LLC,                        **(First Request)**

14              Defendant.

15

16         Defendant Prog Leasing, LLC's response to Plaintiff Shirley Celcis's Complaint

17 (ECF No. 1) is currently due January 26, 2022.  Prog Leasing has requested, and

18 Plaintiff has agreed to, an extension of this response deadline up to and including

19 February 9, 2022, to provide time for Prog Leasing to investigate Plaintiff's allegations

20 and prepare a response.  The parties agree that there is good cause for this extension.

21

22                        *[Continued on following page.]*

1  This is the first request for an extension, and it is made in good faith and not
2  for purposes of delay.
3  Dated: January 25, 2022.

| | |
|---|---|
| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
| By: /s/ David E. Chavez<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant*<br>*Prog Leasing, LLC* | By: /s/ Shawn W. Miller<br>David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 West Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Shirley Celcis* |

## Order

On the basis of good cause, IT IS ORDERED that the deadline for Defendant Prog Leasing, LLC to respond to Plaintiff Shirley Celcis's complaint is extended up to and including February 9, 2022.

_____
United States Magistrate Judge

Dated: January 26, 2022