David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
chavezd@ballardspahr.com

*Attorneys for Defendant
Prog Leasing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shirley Celcis,<br><br>           Plaintiff,<br><br>v.<br><br>Prog Leasing, LLC,<br><br>           Defendant. | Case No.   2:22-cv-00011-JCM-NJK<br><br>**Stipulation and Order to Stay Proceedings Pending Arbitration** |

Defendant Prog Leasing, LLC and Plaintiff Shirley Celcis stipulate as follows:

1. The Parties have jointly agreed to submit to binding arbitration before the American Arbitration Association (the "AAA") the claims asserted by Plaintiff in the operative complaint. ECF No. 1.

2. The Parties have further agreed to seek a stay of these proceedings in their entirety until the Parties and Plaintiff's claims are before the AAA and the Parties have each paid the AAA's initial administrative fees.

3. The trial court has the authority to stay an action before it "pending resolution of independent proceedings which bear upon the case." *Leyva v. Certified Grocers of Calif., Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1952)). The power to stay proceedings derives from the Court's authority to control its docket

and calendar and to provide for a just determination of the cases pending before it. *Id.* at 865.

4. The Parties agree that a stay would provide for a just determination of this action.

5. The Parties further agree that, should the Court grant the Parties' requested stay, Plaintiff shall file her claims with the AAA within one week from the date of the Court's order.

6. Finally, the Parties agree that—once all Parties have paid the AAA's initial administrative fees—Plaintiff shall voluntarily dismiss the underlying action and the Parties will proceed through the arbitration process.

Dated: February 4, 2022.

| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ David E. Chavez | By: /s/ Shawn Miller |
| David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorney for Defendant*<br>*Prog Leasing, LLC* | David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 West Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff*<br>*Shirley Celcis* |

/ / /

/ / /

/ / /

2

## Order

IT IS ORDERED that based on the Parties' stipulation, and pursuant to the Court's authority to control its docket and provide for a just determination of the cases pending before it, this action is STAYED in its entirety.

IT IS FURTHER ORDERED that Plaintiff shall file her claims with the American Arbitration Association within one week from this order.

IT IS FURTHER ORDERED that once all Parties have paid the American Arbitration Association's initial administrative fees, Plaintiff shall voluntarily dismiss this underlying action and the Parties will proceed through the arbitration process.

_____
United States District Court Judge

Dated: February 8, 2022