UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHIRLEY CELCIS,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PROG LEASING, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:22-CV-11 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Celcis v. Prog Leasing, LLC*, case number 2:22-cv-00011-JCM-NJK.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." FED. R. CIV. P. 41(B). This court also has the inherent power to sua sponte dismiss a case for want of prosecution or compliance with court orders. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

On February 8, 2022, the court granted the parties' stipulation to stay this matter to allow plaintiff to file her claims with the American Arbitration Association. (ECF No. 9). Plaintiff was to file her claims within a week of that order and was to voluntarily dismiss her claims in this matter as soon as all parties paid the AAA's initial administrative fees. (*Id.*).

Three months later, on May 16, 2022, the court ordered plaintiff to show cause as to why this matter should not be dismissed by May 31, 2022. (ECF No. 10). That deadline has now passed, and plaintiff has not responded or otherwise commenced any proceeding of record.

**James C. Mahan**
**U.S. District Judge**


Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the same hereby is, DISMISSED for failure to comply with the court's orders.

The clerk shall close the case.

DATED June 3, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**